JOHNNIE STRICKLAND v. ROBERT LEE WILLIAMS
AND ATHEA WILLIAMS.

(Filed 8 October, 1958.)

APPEAL by defendant Robert Lee Williams from *Paul, J.,* at June 1958 Civil Term of WILSON.

Civil action to recover for personal injury and property damage as result of automobile collision on 24 December, 1955, between the 1951 Ford automobile owned and operated by plaintiff, and a 1950 International pick-up truck owned by defendant Athea Williams and operated by defendant Robert Lee Williams.

Plaintiff alleged in his complaint in substance that the collision was caused by actionable negligence of defendant Robert Lee Williams; and defendants, answering, deny said allegations in the complaint, and for further answer and new matter alleged as counterclaim against plaintiff aver and say the collision was proximately caused by negligence of plaintiff to their damage in substantial amount.

Plaintiff, replying, denies that he was negligent; and also demurs to the cross-action. The demurrer was sustained. And the parties waived jury trial and agreed that the trial judge should find the facts and render judgment thereon.

Thereupon the court found as a fact that as proximate result of failure of defendant Robert Lee Williams to yield to plaintiff the right of way, plaintiff's automobile was wrecked and damaged in sum of $600.00, and plaintiff sustained personal injury and medical expenses in sum of $100.00; that plaintiff was operating his automobile in a reasonable and lawful manner and was not guilty of any negligence which proximately caused the collision and damages resulting therefrom; but that Robert Lee Williams was not operating the truck as the agent, servant or employee of Athea Williams, who was guilty of no negligence which proximately caused the collision and damages resulting therefrom. The court rendered judgment accordingly in favor of plaintiff and against defendant Robert Lee Williams, who excepts thereto and appeals to Supreme Court.

*Talmadge L. Narron for plaintiff, appellee.*
*Allen W. Harrell for defendant, appellant.*

PER CURIAM. The only exception on this appeal is to the judgment. And the facts found are sufficient to and do support the judgment. Thus error is not made to appear. Hence the judgment from which appeal is taken is

Affirmed.